<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

————————

**No. 97-2763**

————————

In Re: SALVAGE DELACY STITH,

                                                        Debtor.

_____

SALVAGE DELACY STITH,

                                        Debtor - Appellant,

            versus

COMMISSIONER OF INTERNAL REVENUE,

                                        Creditor - Appellee,

            and

UNITED STATES TRUSTEE; FRANK J. SANTORO,

                                        Parties in Interest.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.  (CA-97-786, BK-96-20183)

————————

Submitted:  May 19, 1998          Decided:  June 18, 1998

————————

Before NIEMEYER and LUTTIG, Circuit Judges, and HALL, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Salvage Delacy Stith, Appellant Pro Se.  Gary Dexter Gray, Charles Foster Marshall, III, Beverly Moses Katz, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Gregory David Stefan, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order affirming the bankruptcy court's dismissal without prejudice of Appellant's Chapter 13 plan for cause under 11 U.S.C. § 1307(c) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. In re: Stith, Nos. CA-97-786; BK-96-20183 (E.D. Va. Dec. 11, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED